## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LYDIA RUIZ, as one of the surviving heirs-at-law of Tony A. Ruiz, Vera Martinez and Cathy Ann Rodriguez, each deceased,** | § § § § § | |
| **plaintiffs,** | § § | |
| **v.** | § § | **Case 1:22-cv-483** |
| **THE BANK OF NEW YORK MELLON fka The Bank of New York, as trustee for the Certificate Holders of CWABS, Inc., Asset Backed Notes Series 2004-SD4 and NEWREZ LLC dba Shellpoint Mortgage Servicing and its successors and/or assigns,** | § § § § § § § | |
| **defendants.** | § § | |

### THE BANK OF NEW YORK MELLON'S ORIGINAL COUNTERCLAIM

The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificate Holders of CWABS, Inc., Asset Backed Notes Series 2004-SD4 (**BoNYM**), file its original counterclaim as follows:

### I.       PARTIES

1.       BoNYM is the counter-plaintiff.  BoNYM already appeared in this case and may be served with all documents related thereto through its counsel of record, Michael J. McKleroy, Jr., Akerman LLP, 2001 Ross Avenue, Suite 3600, Dallas, Texas 75201.

2.       Lydia Ruiz is a counter-defendant.  Lydia Ruiz already appeared in this case and may be served with all documents related thereto through her counsel of record, John G. Helstowski, 5209 Heritage Avenue, Suite 510, Colleyville, Texas 76034.

3.       Bruce Andrew Ruiz is an additional in rem counter-defendant pursuant to Federal rule of civil procedure 13(h) and a required and/or permissive party pursuant to Federal rules of

civil procedure 19 and/or 20 because he has an interest in the subject property which may be affected by a judgment in this case. Bruce Andrew Ruiz is an individual residing at 5907 Cougar Drive, Apt. D, Austin, Texas 78745 and may be served with citation and a copy of this pleading at 5907 Cougar Drive, Apt. D, Austin, Texas 78745, or wherever he may be found.

4.      Bryan Anthony Ruiz is an additional in rem counter-defendant pursuant to Federal rule of civil procedure 13(h) and a required and/or permissive party pursuant to Federal rules of civil procedure 19 and/or 20 because he has an interest in the subject property which may be affected by a judgment in this case. Bryan Anthony Ruiz is an individual residing at 2209 Perry Avenue, Apt. 104, Austin, Texas 78704 and may be served with citation and a copy of this pleading at 2209 Perry Avenue, Apt. 104, Austin, Texas 78704, or wherever he may be found.

5.      Brandy Annette Ruiz is an additional in rem counter-defendant pursuant to Federal rule of civil procedure 13(h) and a required and/or permissive party pursuant to Federal rules of civil procedure 19 and/or 20 because she has an interest in the subject property which may be affected by a judgment in this case. Brandy Annette Ruiz is an individual residing at 10101 W. Parmer Lane, Apt. 535, Austin, Texas 78717 and may be served with citation and a copy of this pleading at 10101 W. Parmer Lane, Apt. 535, Austin, Texas 78717, or wherever she may be found.

6.      Cristine Rodriguez Rendon is an additional in rem counter-defendant pursuant to Federal rule of civil procedure 13(h) and a required and/or permissive party pursuant to Federal rules of civil procedure 19 and/or 20 because she has an interest in the subject property which may be affected by a judgment in this case. Cristine Rodriguez Rendon is an individual residing at 2624 White Ibis Court, League City, Texas 77573 and may be served with citation and a copy of this pleading at 2624 White Ibis Court, League City, Texas 77573, or wherever she may be found.

7.     Ernest Martinez Rodriguez III is an additional in rem counter-defendant pursuant to Federal rule of civil procedure 13(h) and a required and/or permissive party pursuant to Federal rules of civil procedure 19 and/or 20 because he has an interest in the subject property which may be affected by a judgment in this case.  Ernest Martinez Rodriguez III is an individual residing at 16911 Tibet Road, Friendswood, Texas 77546 and may be served with citation and a copy of this pleading at 16911 Tibet Road, Friendswood, Texas 77546, or wherever he may be found.

8.     Johnny Rodriguez is an additional in rem counter-defendant pursuant to Federal rule of civil procedure 13(h) and a required and/or permissive party pursuant to Federal rules of civil procedure 19 and/or 20 because he has an interest in the subject property which may be affected by a judgment in this case.  Johnny Rodriguez is an individual residing at 8528 Cornwall Drive, Austin, Texas 78748 and may be served with citation and a copy of this pleading at 8528 Cornwall Drive, Austin, Texas 78748, or wherever he may be found.

## II.     JURISDICTION & VENUE

9.     This court has diversity jurisdiction over both Lydia Ruiz's claims and these counterclaims pursuant to 28 USC § 1332(a) because the real parties in interest are completely diverse and the amount in controversy exceeds $75,000.  (not. of rem. at ¶¶ 4-9, dkt. 1.)  BoNYM's counterclaims relate to the same property which is the subject of Lydia Ruiz's claims.  All counter-defendants are citizens of Texas and none are citizens of New York or Delaware.

10.     This court may exercise personal jurisdiction over counter-defendants because they are Texas residents and because they have sufficient contacts with Texas such that they purposefully availed themselves to the benefits and protections of the laws of Texas and the exercise of personal jurisdiction will not deprive them of due process or offend traditional notions of fair play and substantial justice.

11.     Venue is proper in this district because all or a substantial part of the events or omissions giving rise to defendants' claims occurred in this county and the property at issue is situated in this county.

### III.    FACTS

12.     Tony A. Ruiz and Vera Martinez each owned an undivided one-half interest in the property at 8528 Cornwall Drive, Austin, Texas 78748 and more particularly described as:

> LOT 24, BLOCK F, BUCKINGHAM ESTATES PHASE III, SECTION 2-A, AN ADDITION IN THE CITY OF AUSTIN, TRAVIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN BOOK 80, PAGE 173, PLAT RECORDS, TRAVIS COUNTY, TEXAS.

13.     Tony A. Ruiz was married to Vera Martinez's daughter, Cathy Ann Rodriguez.

14.     On August 25, 2000, Tony A. Ruiz obtained a $64,500 home equity loan and executed a note promising to repay the loan, plus interest.  (note, **ex. 1**.)

15.     Tony A. Ruiz, Cathy Ann Rodriguez and Vera Martinez executed a security instrument granting a lien against the property to secure repayment of the note.  (security instrument, **ex. 2**.)

16.     The note and security instrument (collectively **loan**) were made pursuant to article XVI, section 50(a)(6) *et seq*. of the Texas Constitution.

17.     The security instrument was recorded in the official public records of Travis County on September 7, 2000 as instrument 2000143980.  (security instrument, **ex. 2**.)

18.     The security instrument was last assigned of record to BoNYM by assignment recorded in the official public records of Travis County on July 26, 2012 as instrument 2012121906.  (assignment, **ex. 3**.)

19.     The loan is required to be repaid in regular monthly payments of principal and interest beginning October 1, 2000 and continuing on the first day of each month thereafter until the loan matures September 1, 2030.  (note § 3, **ex. 1**.)

20.     The loan is in default as no payments have been made for the installment due August 1, 2012 and each installment thereafter.

21.     Tony A. Ruiz was served with notice of the default, notice of his opportunity to cure the default and notice that, if the default was not cured within 45 days, the maturity of the loan would be accelerated.

22.     The default was not cured.

23.     BoNYM accelerates the maturity of the loan with the filing of this counterclaim.

24.     Vera Martinez died on March 5, 2001 in Travis County, Texas.

25.     There is no record Vera Martinez's estate was probated.

26.     Vera Martinez was not married at the time of her death.

27.     Vera Martinez had four children: Lydia Ruiz, Cristine Rodriguez Rendon, Ernest Martinez Rodriguez III and Cathy Ann Rodriguez.

28.     On Vera Martinez's death, her interest in the property passed pro rata to Lydia Ruiz, Cristine Rodriguez Rendon, Ernest Martinez Rodriguez III and Cathy Ann Rodriguez.   Tex. Estates Code § 201.001(b).

29.     Cathy Ann Rodriguez died on August 6, 2011 in Travis County, Texas.

30.     There is no record Cathy Ann Rodriguez's estate was probated.

31.     At the time of Cathy Ann Rodriguez's death, she was married to Tony A. Ruiz.

32.     Cathy Ann Rodriguez had three children with Tony A. Ruiz: Bruce Andrew Ruiz, Bryan Anthony Ruiz and Brandy Annette Ruiz.

33.    According to Lydia Ruiz, Cathy Rodriguez also had a son named Johnny Rodriguez, although it is not believed Johnny Rodriguez is also the son of Tony A. Ruiz.

34.    On Cathy Ann Rodriguez's death, her interest in the property passed one-half to Tony A. Ruiz and one-half to Johnny Rodriguez.  Tex. Estates Code § 201.003(a), (c).

35.    Tony A. Ruiz died on May 21, 2012 in Travis County, Texas.

36.    There is no record Tony A. Ruiz's estate was probated.

37.    Tony A. Ruiz was the surviving spouse of Cathy Ann Rodriguez.

38.    Tony A. Ruiz had three children, all with Cathy Ann Rodriguez: Bruce Andrew Ruiz, Bryan Anthony Ruiz and Brandy Annette Ruiz.

39.    On Tony A. Ruiz's death, his interest in the property passed pro rata to Bruce Andrew Ruiz, Bryan Anthony Ruiz and Brandy Annette Ruiz.  Tex. Estates Code § 201.001(b).

40.    The owners of the property are Bruce Andrew Ruiz, Bryan Anthony Ruiz, Brandy Annette Ruiz, Lydia Ruiz, Cristine Rodriguez Rendon, Ernest Martinez Rodriguez III and Johnny Rodriguez.

41.    BoNYM has performed all conditions precedent to recovery, or said conditions have been waived or excused.

## IV.    CAUSES OF ACTION

42.    BoNYM re-asserts and re-alleges each preceding paragraph as if fully set forth herein and for each cause of action shows:

**A.    Request for declaratory judgment.**

43.    Pursuant to Texas Civil Practice & Remedies Code chapter 37, BoNYM seeks a judgment declaring the rights and obligations of BoNYM, Bruce Andrew Ruiz, Bryan Anthony Ruiz, Brandy Annette Ruiz, Lydia Ruiz, Cristine Rodriguez Rendon, Ernest Martinez Rodriguez

III and Johnny Rodriguez with respect to the loan and the property. BoNYM seeks a declaration it has the right to foreclose the security instrument and sell the property pursuant to Texas Property Code chapter 51, as follows (**1**) the loan is a valid and enforceable contract, (**2**) BoNYM performed all of their obligations under the loan, (**3**) the loan is in default because not all monthly payments have been made as required, (**4**) BoNYM served Tony A. Ruiz with notice the loan was in default, notice of his opportunity to cure the default and notice that, if the default was not cured, the maturity of the loan would be accelerated, (**5**) the default was not cured, (**6**) the maturity of the loan is accelerated, (**7**) the total balance due under the loan has not been paid, (**8**) BoNYM is entitled to foreclose the security instrument and sell the property at a non-judicial foreclosure sale upon providing the notice of sale required by Texas Property Code section 51.002(b) and (**9**) upon foreclosure of the security instrument and sale of the property, BoNYM, if the purchaser at the sale, is entitled to possession of the property.

44.    BoNYM further seeks all supplemental relief as necessary and proper to carry out and give effect to any declaratory relief entered by the court.

45.    BoNYM further seeks its attorneys' fees pursuant to the security instrument and/or Texas Civil Practice & Remedies Code section 37.009.

## V.    PRAYER

BoNYM respectfully requests the court enter a judgment declaring its rights under the security instrument as set forth above and for any further relief to which it is entitled.

Date: August 12, 2022                                    Respectfully submitted,

                                                         /s/ Michael J. McKleroy, Jr.
                                                         Michael J. McKleroy, Jr.
                                                         SBN: 24000095, FBN: 576095
                                                         michael.mckleroy@akerman.com
                                                         --*Attorney in Charge*
                                                         C. Charles Townsend, SBN: 24028053
                                                         charles.townsend@akerman.com
                                                         Alfredo Ramos, SBN: 24110251
                                                         fred.ramos@akerman.com
                                                         AKERMAN LLP
                                                         2001 Ross Avenue, Suite 3600
                                                         Dallas, Texas 75201
                                                         Telephone: 214.720.4300
                                                         Facsimile:  214.981.9339

                                                         **ATTORNEYS FOR COUNTER-
                                                         PLAINTIFF THE BANK OF NEW
                                                         YORK MELLON, as trustee**

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on August 12, 2022 as follows:

John G. Helstowski
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
jgh@ighfirm.com
*Counsel for Plaintiff*
**VIA CM/ECF**

                                                         /s/ Michael McKleroy, Jr.
                                                         Michael McKleroy, Jr.